| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Motor Credit Corporation | **Order Filed on March 28, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Ann Marie Gaccione, Ryan Gaccione,<br><br>Debtors. | Case No.:  18-15789 CMG<br>Adv. No.:<br>Hearing Date:  4/17/19 @ 10:00 a.m.<br><br>Judge:  Christine M. Gravelle |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 28, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Ann Marie Gaccione, Ryan Gaccione
Case No.: 18-15789 CMG
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a 2013 Toyota Venza, VIN: 4T3BK3BB3DU087655, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Timothy P. Neumann, Esquire, attorney for Debtors, Ann Marie Gaccione and Ryan Gaccione, and for good cause having been shown;

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the debtor hereby surrenders their interest in the vehicle; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2013 Toyota Venza, VIN: 4T3BK3BB3DU087655 is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.