**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ryan Gaccione | Social Security number or ITIN xxx–xx–1526 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Ann Marie Gaccione | Social Security number or ITIN xxx–xx–0869 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–15789–CMG

# Order of Discharge                                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ryan Gaccione                                Ann Marie Gaccione

11/3/23                                      **By the court:** Christine M. Gravelle
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-15789-CMG
Ryan Gaccione                                                                              Chapter 13
Ann Marie Gaccione
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                         Page 1 of 3
Date Rcvd: Nov 03, 2023                Form ID: 3180W                   Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ryan Gaccione, Ann Marie Gaccione, 155 Besante Blvd, Brick, NJ 08724-3627 |
| 517408660 | A R Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 517408663 | Cap1/bstby, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 517408668 | Citibank, Cavalry SPV I, LLC / AT&T Apothaker Scia, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 517408674 | MCOC - Meridian Health Sys, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517408678 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 03 2023 20:50:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | EDI: WFFC2 | Nov 04 2023 00:37:00 | Wells Fargo Bank, N.A., P.O. Box 10438, Des Moines, IA 50306-0438 |
| 517543737 | | EDI: PHINAMERI.COM | Nov 04 2023 00:37:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517408661 | | EDI: CAPIO.COM | Nov 04 2023 00:37:00 | Assetcarellc/capiopart, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 517408662 | | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | Bby/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517408664 | | EDI: CAPITALONE.COM | Nov 04 2023 00:37:00 | Cap1/l&t, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517408665 | | EDI: CAPIO.COM | Nov 04 2023 00:37:00 | Capio, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 518053256 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2023 21:04:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517408667 | | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517408670 | | EDI: CITICORP.COM | Nov 04 2023 00:37:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 518173715 | | EDI: Q3G.COM | Nov 04 2023 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518009938 | | EDI: DISCOVER.COM | | |

Case 18-15789-CMG   Doc 85   Filed 11/05/23   Entered 11/05/23 23:16:14   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| | | Nov 04 2023 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517408669 | EDI: DISCOVER.COM | | |
| | | Nov 04 2023 00:37:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517408671 | EDI: PHINAMERI.COM | | |
| | | Nov 04 2023 00:37:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 517408672 | EDI: CITICORP.COM | | |
| | | Nov 04 2023 00:37:00 | Goodyr/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517408666 | EDI: JPMORGANCHASE | | |
| | | Nov 04 2023 00:37:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517408673 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 03 2023 20:49:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517408675 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 03 2023 20:51:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517408676 | EDI: RMSC.COM | | |
| | | Nov 04 2023 00:37:00 | Old Navy - Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 518066811 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 03 2023 20:53:18 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518071020 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Nov 03 2023 20:53:46 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 517408677 | Email/PDF: ebnotices@pnmac.com | | |
| | | Nov 03 2023 21:04:25 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 518076290 | EDI: Q3G.COM | | |
| | | Nov 04 2023 00:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518014213 | EDI: Q3G.COM | | |
| | | Nov 04 2023 00:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517408679 | EDI: CITICORP.COM | | |
| | | Nov 04 2023 00:37:00 | Sears, Bankruptcy Department, PO Box 790034, Saint Louis, MO 63179-0034 |
| 517408680 | EDI: RMSC.COM | | |
| | | Nov 04 2023 00:37:00 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517408681 | EDI: RMSC.COM | | |
| | | Nov 04 2023 00:37:00 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 518165222 | + EDI: AIS.COM | | |
| | | Nov 04 2023 00:37:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517408683 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Nov 03 2023 20:50:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517408682 | EDI: CITICORP.COM | | |
| | | Nov 04 2023 00:37:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518063234 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Nov 03 2023 20:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518153709 | + EDI: AIS.COM | | |
| | | Nov 04 2023 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518053183 | EDI: WFFC2 | | |
| | | Nov 04 2023 00:37:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517408684 | EDI: WFFC2 | | |
| | | Nov 04 2023 00:37:00 | Wells Fargo Financial National Bank, Customer Service, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 36

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 42 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Ryan Gaccione geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Joint Debtor Ann Marie Gaccione geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas J Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| Timothy P. Neumann | on behalf of Joint Debtor Ann Marie Gaccione timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| Timothy P. Neumann | on behalf of Debtor Ryan Gaccione timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 13